IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| NEXPOINT ADVISORS, L.P., <br><br> Appellant. <br><br> v. <br><br> PACHULSKI STANG ZIEHL & JONES LLP, <br><br> Appellee. | Case No. 3:21-cv-03086-K |

## ORDER

Before the Court is Appellant NexPoint Advisors, L.P.'s Unopposed Motion to Consolidate Appeals and to Establish Procedures for Consolidation of the Record on Appeal and Briefing (the "Motion") (Doc. No. 7). The Court reviewed and considered the Motion, the Certificate of Conference attached to the Motion, and other pleadings and papers in the record of the Bankruptcy Case and the Appeals, of which the Court takes judicial notice under Fed. R. Evid. 201 and 1101.

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850; Dallas, Texas 75201.

1

Having concluded that the Court has jurisdiction to hear the Motion pursuant to 28 U.S.C. §§ 158 and 1334; venue is proper before this Court pursuant to 28 U.S.C. § 1409(a); due and sufficient notice of the Motion was given; and after due deliberation thereon, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED IN PART AND DENIED IN PART**. The Court has previously consolidated the cases. The Court **DENIES WITHOUT PREJUDICE** to refiling the parties' requested page extensions for their respective appellate briefs; parties may later motion the Court for any necessary page extensions should the need arise. The Motion is otherwise **GRANTED** in the following respects.

2. Within seven (7) days after entry of this Order, Appellant shall file Appellant's Consolidated Designation of Record in the Bankruptcy Case pursuant to Bankruptcy Rule 8009.

3. Within seven (7) days after the filing of Appellant's Consolidated Designation of Record, Appellees shall file Appellees' Consolidated Supplemental Designation of Record in the Bankruptcy Case pursuant to Bankruptcy Rule 8009.

4. Upon the filing of the Record Transmitted by the District Court Clerk pursuant to Bankruptcy Rule 8010(b)(3), Appellant shall have thirty (30) days to file Appellant's Opening Brief pursuant to Bankruptcy Rule 8014(a).

5. Upon service of Appellant's Opening Brief, Appellees shall have thirty (30) days to file, at their collective election, either one Appellees' Answering Brief or

two separate Appellees' Answering Briefs, pursuant to Bankruptcy Rule 8014(b). Within ten (10) days of service of Appellant's Opening Brief, Appellees must notify the Court in writing of their decision to file either one or two Answering Briefs.

6.  Upon service of the singular Appellees' Answering Brief, or the last served brief of the two separate Appellees' Answering Briefs, Appellant shall have fourteen (14) days to file Appellant's Reply Brief pursuant to Bankruptcy Rule 8014(c).

7.  The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

**SO ORDERED.**

Signed January 11th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE